IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TIMOTHY A. JONES,

     Plaintiff,

v.                                             Civil Action No. **3:11CV595**

YOLANDA SMITH MOORE, *et al.*,

     Defendants.

## MEMORANDUM OPINION

Plaintiff, a former Virginia inmate proceeding *pro se*, filed this 42 U.S.C. § 1983 action. Plaintiff's complaint failed to provide each defendant with fair notice of the facts and legal basis upon which his or her liability rests. *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (*quoting Conley v. Gibson*, 355 U.S. 41, 47 (1957)). Accordingly, by Memorandum Order entered on March 23, 2012, the Court directed Plaintiff to submit a particularized complaint within eleven (11) days of the date of entry thereof. The Court warned Plaintiff that the failure to submit the particularized complaint would result in the dismissal of the action.

More than eleven (11) days have elapsed since the entry of the March 23, 2012 Memorandum Order. Plaintiff failed to submit a particularized complaint or otherwise respond to the March 23, 2012 Memorandum Order. Accordingly, the action will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

Date: 5-23-12
Richmond, Virginia

                                             /s/
                                   James R. Spencer
                                   United States District Judge